**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carlos Humberto Turcios Ardon,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02938-JAD-EJY

**Order Granting Motion to Dismiss Case as Moot**

[ECF No. 8]

Petitioner Carlos Humberto Turcios Ardon filed this petition for federal habeas corpus relief from his immigration detention. His counsel now moves to dismiss, explaining that Ardon was released on bond on September 9, 2026.[1] Accordingly,

IT IS ORDERED that the petitioner's motion to dismiss **[ECF No. 8] is GRANTED. This case is DISMISSED** as moot. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
October 7, 2026

[1] ECF No. 8 (citing ECF No. 6-1).